**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

TZVI STRAUSS,[1]

Plaintiff,

v.

TONY CRAPPS,

Defendant.

CIVIL ACTION NO.: 2:26-cv-78

**ORDER**

Plaintiff, who is currently housed at Montgomery State Prison in Mt. Vernon, Georgia, filed a cause of action under 42 U.S.C. § 1983, clearly contesting certain events allegedly occurring at Montgomery State Prison in Montgomery County, Georgia. Doc. 1. Because Plaintiff is challenging events occurring in the Dublin Division of this Court, his § 1983 action should have been docketed in that Division rather than in the Brunswick Division of this Court. 28 U.S.C. § 90(c)(2). Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Dublin Division of this Court for plenary disposition.

**SO ORDERED**, this 12th day of August, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[1] I **DIRECT** the Clerk of Court to correct Plaintiff's GDC Number upon the record and docket of this case.